# JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DOLLIE WINDSOR,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and S.D. DEACON CORP. OF CALIFORNIA,<br><br>Defendants. | **CASE NO. EDCV10- 774-DOC (AGRx)**<br>[Honorable David O. Carter]<br><br>ORDER TO REMAND ACTION BACK TO THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO |

Having read the stipulation to remand this action back to the Superior Court for the State of California, County of San Bernardino, signed by Plaintiff Dollie Windsor, through her attorney of record Steven C. Glickman, and by Defendants S.D. Deacon Corp. of California and Target Corporation through its attorney Craig A. French,

IT IS ORDERED AS FOLLOWS:

1

2      The above entitled action is remanded back to the Superior Court for the State

3  of California, County of San Bernardino, West District, Case #CIVRS 1002730

4
   Dated: February 01, 2011                 /s/ David O. Carter
5                                           _____
                                             Hon. David O. Carter
6                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28